IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MAKAYLA PARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-194 |
| | ) | |
| CSL PLASMA INC., and KEYONNA SIDQUI, | ) ) ) | |
| | ) | |
| Defendants.[1] | ) | |

**O R D E R**

Plaintiff filed the above-captioned case on October 29, 2024, and defense counsel waived service of summons for Defendant CSL Plasma Inc., on November 8, 2024, and Defendant Keyonna Sidqui on December 2, 2024. (Doc. nos. 1, 4, 5.) Defendants filed their answer on January 6, 2025. (Doc. no. 6.) The deadline for the parties to confer as provided in Federal Rule of Civil Procedure 26(f) and then submit a joint 26(f) Report as set forth in the Court's prior Order has passed. (See doc. no. 3.) However, no Rule 26(f) Report has been filed. Accordingly, the Court **ORDERS** the parties to conduct a conference within fourteen days of the date of this Order, and to file a joint 26(f) Report within seven days of the date of the conference. The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order.

SO ORDERED this 23rd day of January, 2025, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court **DIRECTS** the **CLERK** to update the spelling of Defendant Keyonna Sidqui's last name in accordance with the above caption, which reflects the correct spelling as set forth in the answer. (Doc. no. 6, p. 1.)