IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

MAKAYLA PARK,                          *
                                       *
         Plaintiff,                    *
                                       *
         v.                            *          CV 124-194
                                       *
CSL PLASMA, INC. and KEYONNA           *
SIDQUI,                                *
                                       *
         Defendants.                   *
                                       *

---

**O R D E R**

---

Before the Court is the Parties' joint stipulation of dismissal with prejudice.  (Doc. 41.)  All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE.**  The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.  Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of March, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA